**WO** TCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick Alton Foley, | No. CV 06-834-PHX-SMM (LOA) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| vs. | **OF INMATE FILING FEE** |
| Dora Schriro, et al., | |
| Defendants. | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS.**

Plaintiff Rick Alton Foley, #72158, presently confined in the Arizona State Prison Complex in Florence, Arizona, was assessed a $250 filing fee. Plaintiff must first pay an initial partial filing fee of $5.80. Thereafter, Plaintiff must incrementally pay the balance of the fee in monthly payments, equal to 20% of the preceding month's income, which must be collected each time the amount in the account exceeds $10.00. The Director of the Arizona Department of Corrections or her designee must collect these fees.

**IT IS ORDERED:**

(1) The Director of the Arizona Department of Corrections or her designee must forward to the Clerk of Court the $5.80 initial partial filing fee. The balance of the $250 filing fee must be collected from Plaintiff's trust account in monthly payments that are equal to 20 percent of the preceding month's income credited to Plaintiff's trust account. Payments must be forwarded to the Clerk of the Court each time the amount in the account exceeds

1  $10.00. The payments must be clearly identified by the name and number assigned to this
2  action.

3  (2) The Director of the Arizona Department of Corrections or her designee must
4  notify the Clerk of the Court in writing when Plaintiff is released or transferred to a
5  correctional institution other than the Arizona Department of Corrections, so new billing
6  arrangements may be made to collect any outstanding balance.

7  (3) The Clerk of the Court must serve by mail a copy of this Order on the Director of
8  the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

9  (4) The Clerk of the Court must serve by mail a copy of this Order on Michael
10 Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona,
11 85007.

12 (5) The Clerk of the Court must forward a copy of this Order to Financial
13 Administration for the Phoenix Division of the United States District Court for the District
14 of Arizona. Financial Administration must set up an account to receive payments on the
15 filing fee for this action and must notify the Court when the filing fee is paid in full.

16 DATED this 15th day of June, 2006.

Stephen M. McNamee
United States District Judge