**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick Alton Foley, ) | |
| Plaintiff, ) | |
| v. ) | CV-06-834-PHX-SMM (LOA) |
| Schriro, Stewart, Youssef, Echols, et al., ) | O R D E R |
| Defendants. ) | |

It appearing to the Court that Defendant Broaderick's Non-Enumerated Motion to Dismiss Plaintiff's Complaint is now ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, docket #11. However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 27th day of November, 2006.

Stephen M. McNamee
United States District Judge