**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rick Alton Foley, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | CV-06-834-PHX-SMM (LOA) |
| Schriro, Stewart, Youssef, Echols, Sabbagh, Alkire, Sote, Broaderick, Britt, Stewart Two and Sgt. John Doe, | ) ) ) ) | O R D E R |
|     Defendants. | ) ) | |

It appearing to the Court that Plaintiff's Motion for Summary Judgment is now ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, document #22. However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 5th day of February, 2007.

Stephen M. McNamee
United States District Judge