**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Rick Alton Foley,

    Plaintiff,

vs.

Dora Schriro, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

No. CV 06-834-PHX-SMM (LOA)

**ORDER**

   Pending before the Court are Plaintiff Rick Alton Foley's Application for Entry of Default, Motion for Default Judgment, and Notice of Application for Entry of Default (collectively, "Requests for Default"). (Dkts. 41-43.)  Foley requests the Court Clerk enter the default of Defendant Sabbagh because he "has failed to plead or otherwise defend this action as provided by Federal/Arizona Rules of Civil Procedure."  (Dkt. 41 at 1.)

   A review of the docket indicates that Defendant Sabbagh waived notice on November 3, 2007; his answer was due January 2, 2007.  See Dkt. 34.  On November 20, 2006, Defendant Sabbagh timely requested leave of Court to "join" Defendant Broaderick's Motion to Dismiss and Reply filed in support thereof.  See Dkt. 32 at 1 n.1.  The Court had not ruled on Defendant Sabbagh's *timely request* when Foley's Requests for Default were filed on March 6, 2007.  Because Defendant Sabbagh *timely requested* leave of Court to defend the case by joining Defendant Broaderick's Motion to Dismiss, Foley's Requests for Default will be denied.

1

**IT IS HEREBY ORDERED DENYING** Plaintiff Rick Alton Foley's Application

2 for Entry of Default, Motion for Default Judgment, and Notice of Application for Entry of

3 Default. (Dkts. 41, 42, 43.)

4

**IT IS FURTHER ORDERED GRANTING** Defendant Sabbagh's request to join

5 Defendant Broaderick's Motion to Dismiss and Reply filed in support thereof. (Dkt. 32.)

6

DATED this 8th day of March, 2007.

7

8

9

Stephen M. McNamee
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28