**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rick Alton Foley, | ) | No. CV-06-834-PHX-SMM (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Defendants. | ) | |

It appearing to the Court that Plaintiff's Motion for Reconsideration (docket # 45) is ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the aforementioned motion, docket # 45. All other matters in this action remain with the Magistrate Judge for disposition as appropriate.

DATED this 26th day of April, 2007.

Stephen M. McNamee
United States District Judge