**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Rick Alton Foley,

    Plaintiff,

v.

Dora Schriro, et al.,

    Defendants.

CV-06-0834-PHX-SMM

**O R D E R**

It appearing to the Court that Defendant Broaderick's Motion to Dismiss and Motion for Summary Judgment are now ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motions. (Dkt #s 58 and 59) However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 26th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge