**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick Alton Foley,<br>      Plaintiff,<br>  v.<br>Dora Schriro, et al.,<br>      Defendants. | CV-06-0834-PHX-SMM<br><br>**O R D E R** |

It appearing to the Court that Plaintiff's Motion for Telephonic Conference (Dkt. 65) requesting a conference before the Honorable Stephen M. McNamee is ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced motion. (Dkt. 65) All other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

**IT IS FURTHER ORDERED DENYING** Plaintiff's Motion for Telephonic Conference (Dkt. 65).

DATED this 26th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge